### PALLOT ag<sup>t</sup> TAPRIL

Francis Pallot plaint. ag<sup>t</sup> Robert Tapriel Defend<sup>t</sup> in an action of the case for witholding a debt of four pounds three Shillings in mony due for five months Service performed in the Hopewell Pinke, part of it lent him in mony & all due damages according to attachm<sup>t</sup> dat. Jan<sup>ry.</sup> 12° 1675. . . . The Jury . . . founde for the plaint. three pounds Five Shillings in mony in recompence for his Service & costs of Court Eighteen Shillings.

Execucion issued January. 27° 1675